[No. 54027-1-I.  Division One.  August 15, 2005.]

JEFFREY PINTAR ET AL., *Respondents*, v. MARION SZCZEPANIAK
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 02-2-23161-6, Mary Yu, J., entered February
27, 2004. *Affirmed* by unpublished per curiam opinion.

[Nos. 54288-5-I; 54470-5-I.  Division One.  August 15, 2005.]

RONALD D. SKARBO, *Respondent*, v. SKARBO SCANDINAVIAN
FURNITURE IMPORT, INC., *Defendant*, PAUL SKARBO
ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King
County, No. 02-2-21127-5, Mary Roberts, J., entered May 20
and June 2, 2004. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Cox, C.J., and Kennedy, J.

[No. 54444-6-I.  Division One.  August 15, 2005.]

*In the Matter of the Marriage of* CANDIS RAE ANDREWS,
*Respondent*, and JULES RAYMOND ANDREWS,
*Appellant*.

Appeal from judgments of the Superior Court for King
County, No. 03-3-07615-9, Helen Halpert, J., entered April
19, May 19 and June 8, 2004. *Affirmed* by unpublished per
curiam opinion.

[No. 54817-4-I.  Division One.  August 15, 2005.]

DESERT ICE, INC., *Appellant*, v. PACIFIC NORTHWEST AMATEUR
HOCKEY ASSOCIATION ET AL., *Defendants*, KENT VALLEY
ICE CENTRE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 03-2-33935-1, Gregory P. Canova, J., entered
August 6, 2004. *Reversed* by unpublished per curiam
opinion.